UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CATHY PENN, as Guardian of Matthew Lalli, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:11-cv-00363-NT |
| | ) | |
| KNOX COUNTY, et al, | ) | |
| | ) | |
| Defendants | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff and the

defendants jointly request that this case be dismissed with prejudice and without costs or attorneys'

fees.

Dated:  March 26, 2015                           /s/ Daniel J. Stevens
                                                 Daniel J. Stevens
                                                 dstevens@pierceatwood.com
                                                 Attorney for Plaintiff

                                                 PIERCE ATWOOD LLP
                                                 77 Winthrop Street
                                                 Augusta, ME  04330
                                                 (207) 622-6311


Dated:  March 26, 2015                           /s/ Peter T. Marchesi
                                                 Peter T. Marchesi
                                                 pbear@wheelerlegal.com
                                                 Attorney for Defendants

                                                 Wheeler & Arey, P.A.
                                                 27 Temple Street
                                                 P.O. Box 376
                                                 Waterville, ME  04903
                                                 (207) 873-7771

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter T. Marchesi
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME  04903-0376
pbear@wheelerlegal.com


/s/ Daniel J. Stevens
Daniel J. Stevens, Esq.
PIERCE ATWOOD LLP
77 Winthrop Street
Augusta, ME 04330
207-622-6311

dstevens@pierceatwood.com